# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KATIE HENNESSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:18-cv-01598 CAS |
| v. | ) |
| | ) |
| UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 655 BUILDING CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

COME NOW the parties, through counsel, and file this notice of dismissal with prejudice, each party to bear its own costs.

Respectfully submitted,

PONTELLO & BRESSLER  
406 Boones Lick Road  
St. Charles, Missouri 63301  
Phone:  (636) 896-4170  
Fax:  (636) 246-0141  
dominic@pontellolaw.com  

/s/ Dominic M. Pontello  
DOMINIC M. PONTELLO, #60947  


Attorneys for Plaintiff

HAMMOND AND SHINNERS, P.C.  
13205 Manchester Rd., Suite 210  
St. Louis, Missouri 63131  
Phone:  (314) 727-1015  
Fax:     (314) 727-6804  
jmartin@hammondshinners.com  

/s/ Janine M. Martin  
JANINE M. MARTIN, #46465  
NATHAN K. GILBERT, #68093  

Attorneys for Defendant