# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KATIE HENNESSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:18-CV-1598 CAS |
| v. | ) | |
| | ) | |
| UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 655 BUILDING CORPORATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the parties' Notice of Dismissal with Prejudice,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall make an entry in the docket record reflecting the dismissal of this action with prejudice.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

*[signature]*

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  18th  day of March, 2019.